IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATTY DOLE, | No. C 10-00038 RS |
| Plaintiff, | **STAND-BY ORDER TO SHOW CAUSE** |
| v. | |
| PERSOLVE, LLC, | |
| Defendant. | |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **April 1, 2010.** If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **April 8, 2010, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse at 450 Golden Gate Avenue, San Francisco** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 2/5/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE