*E-Filed ____2/5/2010_____*

1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                   SAN JOSE DIVISION

11

12   PATTY DOLE,                                    No. C 10-00038 RS

13                    Plaintiff,                     **STAND-BY ORDER TO SHOW
14        v.                                         CAUSE**

15   PERSOLVE, LLC,

16                    Defendant.

17   _____/

18

19        The Court has been informed that the above-entitled action has settled.  Accordingly, the

20   Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by

21   **April 1, 2010.**  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear

22   on **April 8, 2010, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse at**

23   **450 Golden Gate Avenue, San Francisco** and show cause why the case should not be dismissed.

24

25

26

27

28

**United States District Court**
For the Northern District of California

1

United States District Court
For the Northern District of California

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated:   2/5/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 10-00038 RS
STANDBY ORDER TO SHOW CAUSE