**\*E-Filed 3/26/10\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

PATTY DOLE,

        Plaintiffs,

 v.

PERSOLVE, LLC.,

        Defendants.
_____/

No. C 10-00038 RS

**SECOND STANDBY ORDER TO SHOW CAUSE**

    The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **May 20, 2010**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **May 27, 2010, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 3/26/10

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 10-00038 RS
STANDBY ORDER TO SHOW CAUSE

2